MICHAEL B. HORROW (SBN 162917)
SCOTT CALVERT (SBN 210787)
DONAHUE & HORROW, LLP
1960 E. Grand Ave., Suite 1215
El Segundo, California 90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302
Email: mhorrow@donahuehorrow.com
　　　　scalvert@donahuehorrow.com

Attorneys for Plaintiff
NATALIE GRUMET

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE GRUMET,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 8:20-cv-01537 CJC (JDEx)<br><br>**NOTICE OF SETTLEMENT** |

　　　PLEASE TAKE NOTICE that the parties reached an agreement to resolve this action in its entirety. Documents are currently being prepared to finalize the resolution of this matter, and the parties anticipate filing a stipulation to dismiss the entire action, each side to bear their own attorneys' fees and costs, within 45 days.

Dated:  December 20, 2021　　　　　　　　DONAHUE & HORROW LLP

　　　　　　　　　　　　　　　　　　　　*Michael B. Horrow*
　　　　　　　　　　　　　　　　　　　　MICHAEL B. HORROW
　　　　　　　　　　　　　　　　　　　　SCOTT E. CALVERT
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　Natalie Grumet