CINDY M. RUCKER (SBN 272465)
cmekari@maynardcooper.com
MAYNARD, COOPER & GALE, LLP
1925 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (323) 987-3356
Fax:  (205) 254-1999

Attorney for Defendant
LIFE INSURANCE COMPANY
OF NORTH AMERICA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATALIE GRUMET,<br><br>  Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA ; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 8:20-cv-01537-CJC-JDE<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED, by and between the parties to this action, through their designated counsel, that the above-captioned action hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and that all parties bear their own fees and costs.

| | |
|---|---|
| DATED: January 13, 2022 | MAYNARD, COOPER & GALE LLP |
| | */s/ Cindy M. Rucker* |
| | Cindy M. Rucker |
| | *Attorney for Defendant* |
| | *Life Insurance Company of* |
| | *North America* |
| DATED: January 13, 2022 | DONAHUE & HORROW, LLP |
| | */s/ Michael B. Horrow* |
| | Michael B. Horrow |
| | *Attorney for Plaintiff* |
| | *Natalie Grumet* |

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Michael B. Horrow counsel for Plaintiff Natalie Grumet, and that I obtained his authorization to affix his electronic signature to this document.

By: /s/ Cindy M. Rucker
Cindy M. Rucker
*Attorney for Defendant Life Insurance Company of North America*

# PROOF OF SERVICE

STATE OF CALIFORNIA          )
COUNTY OF SAN FRANCISCO      )

    I am employed in the County of San Francisco, State of California. I am over the age of 21 and am not a party to the within action. My business address is Maynard, Cooper & Gale, LLP, Two Embarcadero Center, Suite 1450, San Francisco, California 94111. On the date indicated below, I served the foregoing document described as:

**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

**[X]     BY CM/ECF ELECTRONIC SERVICE**: The interested party(ies) set forth below are registered CM/ECF users with the Court, and have consented to service through the Court's automatic transmission of a notice of filing.

    Michael B. Horrow (SBN 162917)
    Scott E. Calvert (SBN 210787)
    DONAHUE & HORROW, LLP
    1960 E. Grand Avenue, Suite 1215
    El Segundo, CA 90245
    Tel: 310.322.0300 | Fax: 310.322.0302
    Email: mhorrow@donahuehorrow.com
     scalvert@donahuehorrow.com

    Attorneys for Plaintiff Natalie Grumet

    I declare that I am employed in the office of a member who has been admitted to the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed January 13, 2022 in San Francisco, California

                                                    Sam Roberson